# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARINO DESILVA,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., et al.,

    Respondents.

Case No. 2:14-cv-01041-JCM-CWH

**ORDER**

    Petitioner, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted an application to proceed <u>in forma pauperis</u> (#1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (#1). The court dismisses this action because plaintiff did not include with his application (#1) a copy of his inmate account statement and a signed financial certificate, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. Based upon review of the file, it does not appear that a dismissal without prejudice would affect materially the timeliness of a promptly filed new action.[1]

---

[1] Petitioner alleges that his judgment of conviction was entered on September 12, 2012, and that he did not appeal the judgment. The federal one-year period of limitation started when his judgment of conviction became final. 28 U.S.C. § 2244(d)(1)(A). The judgment became final when the thirty-day period to appeal expired, on October 12, 2012. <u>See</u> Nev. R. App. P. 4. Petitioner filed a state habeas corpus petition on November 27, 2012, forty-six days later, and that petition tolled the federal one-year period while it was pending. 28 U.S.C. § 2244(d)(2). The state district court denied the petition, the Nevada Supreme Court affirmed, and the Nevada Supreme Court denied <u>en banc</u> reconsideration on May 23, 2014. The remittitur would have issued on or around June 17, 2014, and the federal one-year period would have resumed. Petitioner mailed his federal petition to this court on June 20, 2014, three days later. By the court's preliminary calculations, only forty-nine non-tolled days have passed.

1  IT IS THEREFORE ORDERED that the clerk of the court shall send petitioner a blank form for an application to proceed in forma pauperis for incarcerated litigants and a blank § 2254 habeas corpus petition form with instructions.

IT IS FURTHER ORDERED that the application to proceed in forma pauperis (#1) is **DENIED** without prejudice.

IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to petitioner's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall enter judgment accordingly.

DATED: July 7, 2014.

_____
JAMES C. MAHAN
United States District Judge